UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO: __21-60113-CR__

Plaintiff

vs.

__Perfecto Hallon__,

### SENTENCING MINUTES

DATE: __5/29/24__   Court Reporter: __Jill Wells__
AUSA __Larry Bardfeld__   Defense Counsel: __Gerald Greenberg__

Deputy Clerk: __Irene Ferrante__

### JUDGMENT AND SENTENCE

**Imprisonment** _____ MONTHS as to COUNTS _____

**Probation** __One__ YEARS as to COUNTS _____

**Supervised Release** _____ YEARS as to Counts _____

✓ Association restriction ____ Employment Requirement ✓ Permissible Search ____ Deportation
____ Mental Health Treatment ____ Substance abuse treatment ____ Financial disclosure ____ No debt
____ No self-employment ____ Related concern restriction ____ Sex offender conditions

__health care business restriction__
__travel w/no restriction w/prior__
__notification to U.S. Probation office__

Assessment $ __100__   Fine __0__   Restitution: __already paid in full__

____ Counts remaining dismissed on Government motion _____

✓ Defendant advised of his right to appeal.

____ Remanded to U.S. Marshal

____ Voluntary Surrender on or before _____

Recommendation to the Bureau of Prisons _____

Time in court: __:10__